741 A.2d 92

IN THE MATTER OF ROBERT C. SPIESS,
AN ATTORNEY AT LAW.

December 16, 1999.

### CORRECTED ORDER

The Disciplinary Review Board on September 21, 1999, having filed with the Court its decision concluding that **ROBERT C. SPIESS** of **POMPTON PLAINS,** who was admitted to the bar of this State in 1981, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.4(b) (failure to explain matters sufficiently to client to permit client to make informed decision), *RPC* 3.2 (failure to expedite litigation), *RPC* 5.5(a) (unauthorized practice of law), and

*RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **ROBERT C. SPIESS** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective January 3, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.